[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11829
_____

D.C. Docket No. 4:10-cv-00428-RH-CAS


MICHAEL MCDONALD,

Petitioner - Appellant,

versus

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

Respondent - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(January 19, 2016)

Before HULL, and JILL PRYOR, Circuit Judges, and ROYAL,[*] District Judge.

PER CURIAM:

Michael McDonald appeals the district court's denial of his habeas corpus petition, brought pursuant to 28 U.S.C. § 2254, challenging his convictions for (1) sexual battery of a child less than 12 years of age and (2) lewd and lascivious molestation.  On appeal, McDonald argues that his Sixth Amendment rights to confrontation and a fair trial were violated when the trial court permitted the alleged victim, a child who was five years old at the time of trial, to testify outside of his presence via closed-circuit television pursuant to a procedure established by Florida statute, Fla. Stat. § 92.54.  Upon a thorough review of the briefs and record, and with the benefit of oral argument, we affirm based on the well-reasoned report and recommendation of the magistrate judge and the order of the district court entered on March 31, 2014.

**AFFIRMED.**

---

[*] Honorable C. Ashley Royal, United States District Judge for the Middle District of Georgia, sitting by designation.